IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 76.126.119.203,<br><br>　　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　　／ | No. C 15-05403 WHA<br><br>**ORDER GRANTING SEALING MOTION** |

　　　Plaintiff has moved to file under seal its amended complaint, proposed summons and return of service (Dkt. No. 16). Plaintiff's motion is hereby **GRANTED**. Plaintiff received defendant's identifying information from Comcast on March 14 (Dkt. No. 15). Pursuant to the order regarding plaintiff's proposed procedure for effectuating service, the deadline to serve defendant is **APRIL 18** (Dkt. No. 11).

　　　**IT IS SO ORDERED.**

Dated: March 21, 2016.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE